# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Crim. A. No. 90-304 (SRC) |
| CLEVELAND MCPHERSON, | **ORDER** |
| Defendant. | |

### Chesler, U.S.D.J.

This matter having come before the Court on a motion by *pro se* Defendant Cleveland McPherson (Inmate Reg # 13781-050), also known as "Abdul Shahid Ali," seeking an order from the Court directing the Federal Bureau of Prisons (BOP) to update their records to reflect that Defendant has changed his name from Abdul Shahid Ali to Cleveland McPherson, Jr; and

**IT APPEARING** that Defendant is currently incarcerated at Federal Correctional Institution (FCI) - Low in Petersburg, Virginia; and it further

**APPEARING** that, by order of the Superior Court of New Jersey, Cumberland County, dated April 23, 1993, Defendant legally changed his name from Cleveland McPherson, Jr. to Abdul Shahid Ali; and it further

**APPEARING** that, by order of the Circuit Court of Harford County, Maryland, dated September 22, 2008, Defendant has legally changed his name from Abdul Shahid Ali back to Cleveland McPherson, Jr.; and it further

APPEARING that the BOP requires that all incarcerated defendants seeking a name change must obtain an order from the court in which the defendant was sentenced directing the BOP to update its records to reflect the prisoner's legal name; therefore,

IT IS on this 27th day of March, 2009,

ORDERED that the Federal Bureau of Prisons shall update their prisoner records to reflect that Defendant has legally changed his name from Abdul Shahid Ali to Cleveland McPherson, Jr.; and it is further

ORDERED that this case is CLOSED.

STANLEY R. CHESLER
United States District Judge