| PROB 35 | Report and Order Terminating Probation/ |
| (Rev. 4/81) | Supervised Release Prior to Original Expiration Date |

# United States District Court

### For The
### District of New Jersey

UNITED STATES OF AMERICA

v.                                                       Crim. No. 90-00304-001

Cleveland McPherson

On May 13, 2011, the above named began his term of supervised release for a period of 96 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

Edward J. Irwin
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ____26____ day of __April__, 20__17__.

_____
United States District Judge